UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ENERGY SERVICES PROVIDERS, INC. d/b/a Ohio Gas & Electric, et al.**<br><br>*Defendants.* | Case No.: 1:21-cv-764-PAB<br><br>Judge Pamela A. Barker |

### REPORT OF THE PARTIES' PLANNING MEETING UNDER RULE 26(F) OF THE FEDERAL RULES OF CIVIL PROCEDURE

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b) and 23.1, a meeting was held on May 24, 2021, and was attended by:

   Adam Savett, Counsel for Plaintiff Roberta Lindenbaum and the putative class.

   Lisa Messner, Counsel for Defendant Energy Services Providers, Inc.

2. The parties:

   Will exchange disclosures required by Rule 26(a) on or before June 7, 2021.

3. The parties recommend the following track:

   _____Expedited       _____Standard       __X__Complex

   _____Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution mechanisms:

   _____Early Neutral Evaluation    __X__Mediation       _____Arbitration

1

_____Summary Jury Trial        _____Summary Bench Trial

_____Case not suitable for ADR

5. Recommended cut-off date for amending the pleadings (including proposed class definition) and/or adding additional parties: September 24, 2021.

6. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

7. Electronically Stored Information. The Parties: (indicate one):

_____agree that there will be no discovery of electronically-stored information; or

_____have agreed to a method for conducting discovery of electronically-stored information;or

__X__ have agreed to follow the default standard for discovery of electronically-storedinformation (Appendix K to Northern District of Ohio Local Rules).

8. Recommended Case Management Plan:

☐ Discovery relevant to appropriateness of certification of the proposed classbe completed by: January 24, 2022, including:

plaintiff(s)' depositions by: January 10, 2022.

defendant(s)' 30(b) depositions by: January 10, 2022.

plaintiff(s)' expert reports by: January 7, 2022.

defendant(s)' expert reports by: January 7, 2022.

expert depositions by: January 17, 2022.

☐ Plaintiff's motion for class certification to be filed by February 9, 2022.

    ☐    Defendant's opposition to motion for class certification to be filed by: March 9, 2022.

9. All other non-expert discovery to be completed by: January 24, 2022.

10. All other expert discovery to be completed by: January 17, 2022.
    Expert report(s) by party initially seeking to introduce expert testimonyrecommended due date: January 7, 2022.
    Responsive expert report(s) due date: January 7, 2022.

11. Recommended dispositive motion date, if any: January 24, 2022.

12. Recommended date for a Status Hearing: 60-90 days or as determined by the Court.

13. Recommended date for Settlement Conference: 90-120 days or as determined by the Court.

14. Other matters for the attention of the Court:

Defendant reserves the right to seek leave of Court to move for summary judgment in an expedited manner. Plaintiff reserves the right to oppose the same.

        Respectfully submitted:

        SAVETT LAW OFFICES LLC

        */s/ Adam T. Savett*
        Adam T. Savett
        2764 Carole Lane
        Allentown PA 18104
        T: (610) 621-4550
        F: (610) 978-2970
        E. adam@savettlaw.com

        *COUNSEL FOR PLAINTIFF AND THE PUTATIVE CLASS*

        MAC MURRAY AND SHUSTER, LLP:

        */s/ Lisa A. Messner*
        By: Lisa A. Messner (0074034), Trial Attorney
        Michele A. Shuster (0062500)

>6525 West Campus Oval, Suite 210
>New Albany, Ohio 43054
>T: (614) 939-9955
>F: (614) 939-9954
>E: lmessner@mslawgroup.com
>    mshuster@mslawgroup.com
>
>*COUNSEL FOR DEFENDANT,*
>*ENERGY SERVICES PROVIDERS, Inc.,*
>*d/b/a OHIO GAS & ELECTRIC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 27, 2021, a true and accurate copy of the foregoing was filed using the court's ECF/CM system, which will send electronic notice to all counsel of record.

>Respectfully submitted:
>
>*/s/ Lisa A. Messner*
>*COUNSEL FOR DEFENDANT,*
>*ENERGY SERVICES PROVIDERS, Inc.,*
>*d/b/a OHIO GAS & ELECTRIC*