IT IS SO ORDERED.
s/ Pamela A. Barker
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE
7/30/2021

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ROBERTA LINDENBAUM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ENERGY SERVICES PROVIDERS, INC. d/b/a OHIO GAS & ELECTRIC**, a New York corporation, and **JOHN DOE CORPORATIONS 1-10**,<br><br>*Defendants*. | Case No.: 1:21-cv-764-PAB<br><br>Judge Pamela A. Barker<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLAINTIFF, Roberta Lindenbaum, and the DEFENDANT, Energy Services Providers, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Roberta Lindenbaum's claims against DEFENDANT Energy Services Providers, Inc. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Dated:  July 30, 2021                                     Respectfully submitted,

| | |
|---|---|
| */s/ Adam T. Savett*<br>Adam T. Savett<br>**SAVETT LAW OFFICES LLC**<br>2764 Carole Lane<br>Allentown, Pennsylvania 18104<br>Tel: (610) 621-4550<br>Fax: (610) 978-2970<br>Email: adam@savettlaw.com<br><br>*Counsel for Plaintiff Roberta Lindenbaum* | /s/ Lisa A. Messner<br>Lisa A. Messner (0074034)<br>**MAC MURRAY AND SHUSTER, LLP**<br>6525 West Campus Oval, Suite 210<br>New Albany, Ohio 43054<br>Tel: (614) 939-9955<br>Fax: (614) 939-9954<br>Email: lmessner@mslawgroup.com<br><br>*Counsel For Defendant,*<br>*Energy Services Providers, Inc., d/b/a*<br>*Ohio Gas & Electric* |